## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Charlotte Allen v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10409-DRH |
| *Maria Allred v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10099-DRH |
| *Debra Atherton v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10249-DRH |
| *Shana Bedney v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12719-DRH |
| *Crystal Benson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11643-DRH |
| *Marniecia Berry v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10412-DRH |
| *Wendy Bliss-Highfill v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12378-DRH |
| *Rebecca Brettin v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10411-DRH |
| *Julienne Brown v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13164-DRH |
| *Dana Burton v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12840-DRH |
| *Dana Carillo v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12838-DRH |
| *Sara Chapman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12845-DRH |

| | |
|---|---|
| *Sarah Christena v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10422-DRH |
| *Shauntella Donahue v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11649-DRH |
| *Rochelle Dougherty v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13382-DRH |
| *Laura Downey v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10394-DRH |
| *Jennifer Dudley v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12370-DRH |
| *Rebecka Englehart v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13381-DRH |
| *Stephane Evans-Bryan v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13383-DRH |
| *Heather Ferguson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10430-DRH |
| *Susan Gammon v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12007- DRH |
| *Sheri Gangle v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10426-DRH |
| *Christy Garcia v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 09-cv-20149-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 15, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:**  _/s/Caitlin Fischer_
**Deputy Clerk**

Date: October 15, 2014

Digitally signed by
David R. Herndon
Date: 2014.10.15
15:08:33 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT